**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA D. WILSON,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security,<br><br>           Defendant. | ) Case No. EDCV 15-0441-JPR<br>)<br>)      **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 24, 2016

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge